JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA AKHTARSHAD, et al., ) | Case No. EDCV 08-290-VAP |
| ) | (JCRx) |
| Plaintiffs, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| THE CITY OF CORONA, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order granting Defendants' Motion for Summary Judgment, filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

    The Court orders that such judgment be entered.


Dated: February 10, 2009
                              VIRGINIA A. PHILLIPS
                              United States District Judge